

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00382-CR

**IN RE** Jaime **FLORES**, Relator

Original Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 22, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006-CR-6091, styled *The State of Texas v. Jaime Flores*.